IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 9 - 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARK NEWBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-01-3624 |
| | § | AND CONSOLIDATED CASES |
| ENRON CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON AGREED MOTION FOR EXTENSION OF TIME AS TO PENDING LEAD PLAINTIFF MOTIONS**

Plaintiffs have agreed and stipulated to an extension of time and schedule for filings relating to appointment of lead plaintiff. This court approves and adopts the stipulation.

On or about December 21, 2001, at least twelve competing motions were filed supporting the appointment of lead plaintiff in this action. Opposition filings concerning the lead plaintiff motions are due under the present schedule on January 10, 2002. In order to give potential lead plaintiffs adequate time to engage in discussions aimed at narrowing their differences or reaching a stipulation regarding pending lead plaintiff motions, and allow adequate time for briefing the motions, plaintiffs agreed to the following briefing schedule, which the court adopts:

1. **Oppositions served via fax: January 21, 2002;**

113

2.  **Oppositions filed with court:  January 22, 2002;**

3.  **Reply served and filed:      January 28, 2002.**

Briefs will be served by facsimile and overnight mail.

This court approves the stipulation and agreement and adopts it as an order. No oral hearing on the lead plaintiff motions is presently set. If counsel believe such a hearing is necessary, they should request such a hearing and explain why it is necessary in their briefs or other submissions. If this court decides to set an oral hearing on the lead plaintiff motions, it will take place on **February 6, 2002, at 9:00 a.m.** Counsel will be notified no later than February 1, 2002 as to whether an oral hearing will be set.

SIGNED on January 8, 2002, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

2

DATED: 1.8.02　　　　　　　　YETTER & WARDEN

　　　　　　　　　　　　　　　___Paul Yetter (by permission)___
　　　　　　　　　　　　　　　　　R. PAUL YETTER

　　　　　　　　　　　　　　　[Proposed] Liaison Counsel for Florida State Board
　　　　　　　　　　　　　　　of Administration

DATED: 1.8.02　　　　　　　　CUNNINGHAM, DARLOW, ZOOK &
　　　　　　　　　　　　　　　CHAPOTON

　　　　　　　　　　　　　　　___Tom Cunningham (by permission)___
　　　　　　　　　　　　　　　　　TOM A. CUNNINGHAM

　　　　　　　　　　　　　　　[Proposed] Liaison Counsel for State Retirement
　　　　　　　　　　　　　　　Systems Group

DATED: 1.8.02　　　　　　　　HILL, PARKER AND ROBERSON LLP

　　　　　　　　　　　　　　　___Charles Parker (by permission)___
　　　　　　　　　　　　　　　　　CHARLES R. PARKER

　　　　　　　　　　　　　　　[Proposed] Liaison Counsel for New York City
　　　　　　　　　　　　　　　Pension Funds

DATED: 1.8.02　　　　　　　　SYDOW, KORMANIK & ECKERSON
　　　　　　　　　　　　　　　RONALD KORMANIK

　　　　　　　　　　　　　　　___Ron Kormanik (by permission)___
　　　　　　　　　　　　　　　　　RONALD KORMANIK

　　　　　　　　　　　　　　　[Proposed] Liaison Counsel for Private Asset
　　　　　　　　　　　　　　　Management

00035224

DATED: 1.8.02         CONNELLY BAKER WOTRING & JACKSON LLP

_Earnest Wotring (by permission)_
EARNEST WOTRING

[Proposed] Liaison Counsel for Local 710 Pension Fund

DATED: 1.8.02         BEIRNE, MAYNARD & PARSONS LLP

_Blake Tartt (by permission)_
BLAKE TARTT

[Proposed] Liaison Counsel for Pulsifer & Associates

DATED: 1.8.02         McGEHEE & PIANELLI

_Jack McGehee (by permission)_

[Proposed] Liaison Counsel for Preferred Purchaser Lead Plaintiffs

DATED: 1.8.02         FEDERMAN & SHERWOOD
WILLIAM FEDERMAN

_Bill Federman (by permission)_
WILLIAM FEDERMAN

2926 Maple Avenue, Suite 200
Dallas, TX 75201
Telephone: 214/696-1100

[Proposed] Liaison Counsel for Davidson Group

00035224

DATED:    1.8.02          JOSEPH A. McDERMOTT, III, ATTORNEY AT LAW

*Joseph McDermott (by permission)*
_____
JOSEPH A. McDERMOTT

3100 Richmond Avenue, Suite 403
Houston, Texas 77098
Telephone: 713/527-9190

[Proposed] Liaison Counsel for Staro Asset Management, LLC

\*   \*   \*

# ORDER

IT IS SO ORDERED.

DATED: 1/8/02           _____
THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

::ODMA\WORLDOX\P:\DOCS\RGREEN\00035224 WPD

00035224