United States Courts
Southern District of Texas
ENTERED

JUL - 1 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § § § § | Civil Action No. H-01-3624 **(Consolidated)** |
| This Document Relates To: | § § § | **CLASS ACTION** |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| ENRON CORP., et al., | § § § | |
| Defendants. | § § | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| KENNETH L. LAY., et al., | § § § | |
| Defendants. | § § § | |

**ORDER GRANTING MOTION TO WITHDRAW BY
<u>PLAINTIFF MICHAEL KOROLUK'S COUNSEL</u>**

THIS CAUSE came before the Court upon the motion of the law firms of Cohen Milstein Hausfeld & Toll, P.L.L.C. and Bolognese & Associates, counsel for named plaintiff

Michael Koroluk. Having considered the motion and being fully advised in its premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Motion to Withdraw is hereby **GRANTED.**

2. Plaintiff Michael Koroluk's counsel, Cohen Milstein Hausfeld & Toll and Bolognese & Associates, are hereby permitted to withdraw from this matter.

**SIGNED** in Chambers at Houston, Texas, this 30th day of June, 2005.

_____
MELINDA HARMON
United States District Judge