```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION
```

| | | |
|---|---|---|
| In Re Enron Corporation<br>Securities, Derivative &<br>"ERISA" Litigation | § § § § | MDL-1446 |
| MARK NEWBY, ET AL.,<br><br>    Plaintiffs<br><br>VS.<br><br>ENRON CORPORATION, ET AL.,<br><br>    Defendants | § § § § § § § § § § § | CIVIL ACTION NO. H-01-3624<br>    CONSOLIDATED CASES |

## ORDER

Pending before the Court in the above referenced cause is Arthur Andersen LLP's motion to stay order granting the Texas State Board of Public Accountancy's ("the Board's") motion to intervene pending appellate review and request for expedited consideration (instrument #3590). In light of the parties' agreement regarding appeal of the Court's order allowing the Board to intervene, as reported by the Board in a status report (#3654), the Court

ORDERS that the motion to stay and request for expedited consideration is MOOT.

**SIGNED** at Houston, Texas, this 26TH day of July, 2005.

                                    _____
                                           MELINDA HARMON
                                    UNITED STATES DISTRICT JUDGE