UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § Civil Action No. H-01-3624<br>§ **(Consolidated)**<br>§<br>§ <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>                                Plaintiffs,<br>  vs.<br><br>ENRON CORP., et al.,<br><br>                                Defendants. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>                                Plaintiffs,<br>  vs.<br><br>KENNETH L. LAY, et al.,<br><br>                                Defendants. | |

[Caption continued on following page.]

**LEAD PLAINTIFF'S MOTION TO SET A HEARING ON THE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH CITIGROUP INC., JPMORGAN CHASE & CO., AND CANADIAN IMPERIAL BANK OF COMMERCE**

| | | |
|---|---|---|
| WASHINGTON STATE INVESTMENT BOARD, et al., On Behalf of Themselves and All Others Similarly Situated, | § § § § | Civil Action No. H-02-3401 |
| Plaintiffs, | § § | |
| vs. | § § | |
| KENNETH L. LAY, et al., | § § | |
| Defendants. | § § | |
| | § | |
| CONSECO ANNUITY ASSURANCE COMPANY, Individually and On Behalf of All Others Similarly Situated, | § § § § | Civil Action No. H-03-CV-2240 |
| Plaintiff, | § § § | |
| vs. | § § | |
| CITIGROUP, INC., et al., | § § § | |
| Defendants. | § § § | |

Lead Plaintiff respectfully moves the Court to enter an order setting a hearing for Lead Plaintiff's motion for preliminary approval of the proposed settlements with Citigroup Inc., JPMorgan Chase & Co. and Canadian Imperial Bank of Commerce on February 22, 2006. A proposed order setting the hearing is filed herewith.

DATED: January 27, 2006

Respectfully Submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
HELEN J. HODGES
BYRON S. GEORGIOU
JAMES I. JACONETTE
MICHELLE M. CICCARELLI
JAMES R. HAIL
ANNE L. BOX
JOHN A. LOWTHER
ALEXANDRA S. BERNAY
MATTHEW P. SIBEN
ROBERT R. HENSSLER, JR.

  /s/ Roger B. Greenberg *signed by permission
HELEN J. HODGES

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REGINA M. AMES
KATHERINE C. SPLAN
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        G. PAUL HOWES
        JERRILYN HARDAWAY
        Texas Bar No. 00788770
        Federal I.D. No. 30964
        1111 Bagby, Suite 4850
        Houston, TX  77002
        Telephone:  713/571-0911

        **Lead Counsel for Plaintiffs**

SCHWARTZ, JUNELL, GREENBERG
  & OATHOUT, LLP
ROGER B. GREENBERG
State Bar No. 08390000
Federal I.D. No. 3932


_____/s/ Roger B. Greenberg_____
        ROGER B. GREENBERG

Two Houston Center
909 Fannin, Suite 2700
Houston, TX  77010
Telephone:  713/752-0017

HOEFFNER & BILEK, LLP
THOMAS E. BILEK
Federal Bar No. 9338
State Bar No. 02313525
1000 Louisiana Street, Suite 1302
Houston, TX  77002
Telephone:  713/227-7720

**Attorneys in Charge**

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000

**Attorneys for Staro Asset Management**

- 2 -

- 3 -

WOLF POPPER LLP
ROBERT C. FINKEL
845 Third Avenue
New York, NY 10022
Telephone: 212/759-4600

**Attorneys for Nathaniel Pulsifer**

SCOTT + SCOTT, LLC
DAVID R. SCOTT
NEIL ROTHSTEIN
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818

**Attorneys for the Archdiocese of Milwaukee Supporting Fund, Inc.**

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO
MICHAEL G. LENETT
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

**Washington Counsel**

S:\Settlement\Enron.Set\BofA Settlement\MOT re Prelim Appv Collective Stlmnts.doc

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing LEAD PLAINTIFF'S MOTION TO SET A HEARING ON THE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH CITIGROUP INC., JPMORGAN CHASE & CO., AND CANADIAN IMPERIAL BANK OF COMMERCE has been served by sending a copy via electronic mail to serve@ESL3624.com on this ~~27th~~ 30th day of January, 2006.

I further certify that a copy of the foregoing has been served via overnight mail on the following parties, who do not accept service by electronic mail on this ~~27th~~ 30th day of January, 2006.

Carolyn S. Schwartz
United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004


Tom P. Allen
McDaniel & Allen
1001 McKinney St., 21st Fl
Houston, TX 77002

I also certify that a copy of the above-mentioned document has been served via overnight mail on the parties listed on the attached "Additional Service List" on this ~~27th~~ 30th day of January, 2006.

*Deborah S. Granger*
_____
DEBORAH S. GRANGER

## ADDITIONAL SERVICE LIST

| | |
|---|---|
| Stuart Yoes<br>THE YOES LAW FIRM, LLP<br>3535 Calder Avenue, Suite 235<br>Beaumont, TX 77726-7584<br>409/833-2352<br>409/828-5577 (fax)<br><br>Attorney for RINIS | Frank H. Tomlinson<br>PRITCHARD, McCALL; & JONES, LLC<br>505 N. 20th Street, Suite 800<br>Birmingham, AL 35203<br>205/328-9190<br>205/458-0035 (fax)<br><br>Attorney for RINIS |
| Edward W. Cochran<br>2872 Broxton Road<br>Shaker Heights, OH 44120<br>216/751-5546<br>216/751-6630 (fax)<br><br>Attorney for RINIS | N. Albert Bacharach Jr.<br>115 N.E. Sixth Avenue<br>Gainesville, FL 32601-6592<br>352/378-9859<br>352/338-1858 (fax)<br><br>Attorney for RINIS |
| Paul S. Rothstein<br>626 N.E. First Street<br>Gainesville, FL 32601<br>352/376-7650<br>352/374-7133 (fax)<br><br>Attorney for RINIS | Maureen McGuirl<br>FENSTERSTOCK & PARTNERS LLP<br>30 Wall Street, 9th Floor<br>New York, NY 10005<br>212/785-4100<br>212/785-4040 (fax)<br><br>Attorneys for James H. Allen, Jr., Burton W. Carlson, Jr., Michael T. DeFreece, Marcia A. DeFreece, Andrew E. Krinock, Phyllis A. Krinock, Partcom Limited Partnership, Reed Partners, L.P., formerly known as Reed Family Ltd. Partnership, F. Walker Tucei, June P. Tucei, Romand H. Uhing, Alvera A. Uhing and Viets Family Associates, LLP |
| Lawrence W. Schonbrun<br>LAW OFFICES OF LAWRENCE W. SCHONBRUN<br>86 Eucalyptus Road<br>Berkeley, CA 94705<br>510/547-8070<br><br>Attorney for Brian Dabrowski | Richard C. Bauerle<br>13254 Vandalia, #80<br>Fountain Hills, AZ 85268 |
| Arnold Gregg<br>4445 Forest Glen Road<br>Anaheim Hills, CA 92807 | Steven F. Helfand<br>HELFAND LAW OFFICES<br>601 Montgomery Street, Suite 325<br>San Francisco, CA 94111<br>415/397-0007<br>415/397-0009 (fax)<br><br>Attorney for John W. Davis |