

United States Courts
District of Texas
ENTERED

8 0 1 2006

Michael N. Milby, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

FEB 0 1 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § Civil Action No. H-01-3624 <br> § **(Consolidated)** <br> § <br> § <u>CLASS ACTION</u> |
| This Document Relates To: | § |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, | § |
| Plaintiffs, <br> vs. <br> ENRON CORP., et al., <br> Defendants. | § |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, | § |
| Plaintiffs, <br> vs. <br> KENNETH L. LAY, et al., <br> Defendants. | § |

[Caption continued on following page.]

**ORDER ON LEAD PLAINTIFF'S MOTION TO SET A HEARING ON THE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH CITIGROUP INC., JPMORGAN CHASE & CO., AND CANADIAN IMPERIAL BANK OF COMMERCE**

| | |
|---|---|
| WASHINGTON STATE INVESTMENT BOARD, et al., On Behalf of Themselves and All Others Similarly Situated, § § § § Plaintiffs, § § vs. § § KENNETH L. LAY, et al., § § Defendants. § § | Civil Action No. H-02-3401 |
| CONSECO ANNUITY ASSURANCE COMPANY, Individually and On Behalf of All Others Similarly Situated, § § § § Plaintiff, § § vs. § § CITIGROUP, INC., et al., § § Defendants. § § | Civil Action No. H-03-CV-2240 |

Pending before the Court is Lead Plaintiff's Motion to Set a Hearing on the Motion for Preliminary Approval of Proposed Settlements With Citigroup Inc., JPMorgan Chase & Co., and Canadian Imperial Bank of Commerce. The Court accordingly

ORDERS that the parties shall appear for a hearing for preliminary approval of the partial settlements on February 22, 2006 at _10:00 a.m._ in Courtroom 9C.

DATED: _February 1, 2006_     _Melinda Harmon_
THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

S:\Settlement\Enron.Set\BofA Settlement\Ord re Prelim Appv Collective Stlmnts.doc

- 1 -