IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re Enron Corporation Securities, Derivative & "ERISA" Litigation | ) ) ) ) | MDL-1446 |
| MARK NEWBY, ET. AL., <br><br> Plaintiffs <br><br> VS. <br><br> ENRON CORPORATION, ET. AL., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. H-01-3624 <br> CONSOLIDATED CASES |
| ROBERT A. BELFER, et. al. <br><br> Third-Party Plaintiffs, <br><br> VS. <br><br> ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LTD., ENERGY INSURANCE MUTUAL, LTD., <br><br> Third-Party Defendants, <br><br> AND <br><br> FEDERAL INSURANCE COMPANY, et. al., <br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| FEDERAL INSURANCE COMPANY, et. al. <br><br> Third-Party Counterclaim Plaintiffs, <br><br> VS. <br><br> ROBERT A. BELFER, et. al., <br><br> Third Party Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |

## ORDER

The hearing on Final Approval of the *Newby* and *Official Creditors' Committee* settlements with the Former Outside Directors, James Derrick, and Richard Buy is hereby reset for June 23, 2006 at 1:00 p.m.

SIGNED this 14 day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE