IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re Enron Corporation Securities, Derivative & "ERISA" Litigation ) ) ) ) | MDL-1446 |
| MARK NEWBY, ET. AL., ) ) Plaintiffs ) ) VS. ) ) ENRON CORPORATION, ET. AL., ) ) Defendants ) | CIVIL ACTION NO. H-01-3624 CONSOLIDATED CASES |
| ROBERT A. BELFER, et. al. ) ) Third-Party Plaintiffs, ) ) VS. ) ) ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LTD., ENERGY INSURANCE MUTUAL, LTD., ) ) ) ) ) Third-Party Defendants, ) ) AND ) ) FEDERAL INSURANCE COMPANY, et. al., ) ) Third-Party Defendants. ) | |
| FEDERAL INSURANCE COMPANY, et. al. ) ) ) Third-Party Counterclaim Plaintiffs, ) ) ) VS. ) ) | |

| | |
|---|---|
| ROBERT A. BELFER, et. al., | ) |
| | ) |
|    Third Party Counterclaim | ) |
|    Defendants. | ) |

## ORDER

The hearing on Final Approval of the *Newby* and *Official Creditors' Committee* settlements with the Former Outside Directors, Ken Harrison, James Derrick, and Richard Buy, previously reset to June 23, 2006 pursuant to Instr. No. 4768, is hereby reset for June 22, 2006 at 1:00 p.m.

SIGNED this 16th day of June, 2006.

UNITED STATES DISTRICT JUDGE