IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | |
|---|---|
| In Re ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION. | MDL 1446 |
| MARK NEWBY, ET AL., *Plaintiffs,* vs. ENRON CORPORATION, ET. AL., *Defendants.* | CIVIL ACTION NO. H-01-3624 AND CONSOLIDATED CASES |
| PAMELA M. TITTLE, on behalf of herself and a class of persons similarly situated, ET AL., *Plaintiffs,* vs. ENRON CORP., an Oregon Corporation, ET AL., *Defendants.* | CIVIL ACTION NO. H-01-3913 |
| KEVIN LAMPKIN, JANICE SCHUETTE, ROBERT FERRELL, AND STEPHEN MILLER, Individually and on Behalf of All Others Similarly Situated, *Plaintiffs,* vs. UBS PAINEWEBBER, INC. AND UBS WARBURG, LLC., *Defendants.* | CIVIL ACTION NO. H-02-0851 |

## LAMPKIN PLAINTIFFS' STATEMENT TO PROCEED INDEPENDENTLY OF CERTIFIED CLASS

Plaintiffs, KEVIN LAMPKIN, JANICE SCHUETTE, ROBERT FERRELL, and STEPHEN MILLER, Individually and on behalf of all others similarly situated, give notice to the Court that, pursuant to this Court's July 11, 2006 Order amending scheduling order, these Plaintiffs choose to proceed under their own independent Complaint, as finally amended pursuant to these Plaintiffs' Motion for Leave to Amend to be filed within thirty (30) days of this notice.

Respectfully submitted this 14th day of July, 2006.

_____
ANDY TINDEL
State Bar No. 20054500
Southern Dist. Bar No. 8015

PROVOST ✯ UMPHREY LAW FIRM, L.L.P.
112 E. Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

Bonnie Spencer
State Bar No. 06366100
Southern Dist. Bar No. 7343

SPENCER & ASSOCIATES, P.C.
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Tel: (713) 961-7770
Fax: (713) 961-5336

Walter Umphrey
State Bar No. 20380000
Southern Dist. Bar No. 5724

PROVOST ✯ UMPHREY LAW FIRM, L.L.P.
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
Tel: (409) 835-6000
Fax: (409) 838-8803

Thomas L. Hunt
State Bar No. 10289600
Southern Dist. Bar No. 1293

THOMAS L. HUNT & ASSOCIATES, P.C.
5353 West Alabama, Suite 605
Houston, Texas 77056
Tel: (713) 977-3447
Fax: (713) 490-3359

**ATTORNEYS FOR PLAINTIFFS, KEVIN LAMPKIN, JANICE SCHUETTE, ROBERT FERRELL, and STEPHEN MILLER, Individually and on Behalf of all Others Similarly Situated**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the preceding has been served upon all known counsel of record in the cases coordinated or consolidated with Newby by electronic mail to the ESL3624.com website on this 14th day of July, 2006.

_____
THOMAS L. HUNT