IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 26 2006
MICHAEL N. MILBY, CLERK OF COURT

| | |
|---|---|
| IN RE ENRON CORP. SECURITIES, DERIVATIVE, & "ERISA" LITIGATION | MDL DOCKET NO. 1446 |
| MARK NEWBY, ET AL., Plaintiffs, v. ENRON CORP., ET AL. Defendants. | CIVIL ACTION NO. H-01-3624 (Consolidated) |

### NOTICE OF CROSS-DESIGNATION OF EXPERT WITNESS

TO **ALL PARTIES** in the above-styled actions, by and through their attorneys via service on the www.ESL3624.com website:

Pursuant to the Court's November 7, 2005 Order Amending Expert Discovery Schedule in the Cases Coordinated and Consolidated With *Newby* and *Tittle,* Paulo V. Ferraz Pereira hereby cross-designates Professor William W. Holder as an expert witness in the following Coordinated and Consolidated Cases (if and to the extent he is a party herein):

- *Adams, et al. v. Arthur Andersen, LLP, et al.*, C.A. No. H-04-CV-3331 (S.D. Tex.).
- *Ahlich, et al. v. Arthur Andersen, LLP, et al.*, CA. No. H-03-CV-5334 (S.D. Tex.).
- *America Nat'l Ins. Co., et al. v. Arthur Andersen*, LLP, et al., C.A. No. H-03-CV-967 (S.D. Tex.).
- *Delgado, et al. v. Fastow, et al.*, C.A. No. H-03-CV-5335 (S.D. Tex.).
- *Guy, et al. v. Arthur Andersen, LLP, et al.*, C.A. No. H-04-CV-3330 (S.D. Tex.).

- *Jose, et al. v. Arthur Andersen, LLP*, et. al., C.A. No. 03-CV-1087 (S.D. Tex.).

- *McMurray, et al. v. Belfer, et al.*, C.A. No. H-03-CV-5542 (S.D. Tex.).

- *Pearson, et al. v. Fastow, et al.*, C.A. No. H-03-CV-5332 (S.D. Tex.).

- *Rosen, et al. v. Fastow, et al.*, C.A. No. H-03-CV-5333 (S.D. Tex.).

- *Young, et al. v. Belfer, et al.*, C.A. No. H-04-CV-1546 (S.D. Tex.).

Mr. Pereira expressly reserves the right to extend Professor Holder's cross-designation to any and all other Coordinated and Consolidated Cases in which he may hereafter become a party.

Dated: July 25, 2006

Respectfully submitted,

Mark J. Rochon
Miller & Chevalier, Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
Tel.: (202) 626-5819
Fax: (202) 626-5801

ATTORNEY-IN-CHARGE FOR
PAOLO V. FERRAZ PEREIRA

OF COUNSEL:

Emmett B. Lewis
Miller & Chevalier Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
Tel.: (202) 626-6090
Fax: (202)626-5801

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record by electronic posting to www.esl3624.com on this 25th day of July, 2006.

_____
Lisa Butler

