UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § Civil Action No. H-01-3624 <br> § **(Consolidated)** <br> § <br> § <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ENRON CORP., et al., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KENNETH L. LAY, et al., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

**ORDER GRANTING AGREED MOTION TO EXTEND THE OPPOSITION DATE FOR LEAD PLAINTIFF TO RESPOND TO DEFENDANT LOU L. PAI'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT (DOCKET NOS. 4819 AND 4820)**

Pending before the Court is the Agreed Motion to Extend the Opposition Date for Lead Plaintiff to Respond to Defendant Lou L. Pai's Motion and Memorandum of Law in Support of Summary Judgment.

IT IS HEREBY ORDERED that the motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that Lead Plaintiff shall file any opposition to Defendant Lou L. Pai's Motion for Summary Judgment on or before December 15, 2006. Defendant Lou L. Pai shall file any reply to Lead Plaintiff's opposition 30 days after the date the opposition is filed.

DATED: 11-28-06

THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

K:\Enron\Summary Judgment\ord extend time-Pai.doc

- 1 -