UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------x
IN RE ENRON CORPORATION             :      MDL 1446
SECURITIES LITIGATION               :
------------------------------------------------------------x
                                    :
MARK NEWBY, *et al*, individually and :     Consolidated Civil Action
on behalf of all others similarly situated, :   No. H-01-3624
                                    :            **(Consolidated)**
          Plaintiffs,               :
                                    :
     v.                             :
                                    :
ENRON CORPORATION, *et al.*,        :
                                    :
          Defendants                :
------------------------------------------------------------x
PUBLIC EMPLOYEES' RETIREMENT SYSTEM :
OF OHIO, *et al.*,                  :      Civil Action No. H-02-4788
                                    :            **(Coordinated)**
          Plaintiffs                :
                                    :
     v.                             :
                                    :
ANDREW FASTOW, *et al.*,            :
                                    :
          Defendants,               :
------------------------------------------------------------x

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
### DANIEL BAYLY

Defendant Daniel Bayly ("Bayly") hereby notifies the Court that Thomas A. Hagemann, Marla Poirot and Peter Scaff of the law firm of Gardere Wynne Sewell LLP will appear on behalf of Defendant Bayly in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

DATED this 23rd day of January, 2007.

Respectfully submitted,

GARDERE WYNNE SEWELL LLP

By: /s/ Thomas A. Hagemann
    Thomas A. Hagemann
    SBN: 08686800
    Marla Thompson Poirot
    SBN: 00794736
    Peter Scaff
    SBN: 24027837
    1000 Louisiana, Suite 3400
    Houston, Texas 77002-5007
    Telephone: (713) 276-5064
    Facsimile: (713) 276-6064

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 23rd, 2007 on all counsel of record who are deemed to have consented to electronic service the Court's CM/ECF system. Any other counsel of record will be served via the www.esl13624 website.

/s/ Thomas A. Hagemann
Thomas A. Hagemann