UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § Civil Action No. H-01-3624<br>§ **(Consolidated)**<br>§<br>§ CLASS ACTION |
| This Document Relates To:<br><br>MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENRON CORP., et al.,<br><br>Defendants. | § <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH L. LAY, et al.,<br><br>Defendants. | § <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ |

**LEAD PLAINTIFF'S MOTION TO EXPEDITE CONSIDERATION OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND APPROVAL OF FORM AND MANNER OF NOTICE**

Lead Plaintiff respectfully moves the Court to expedite briefing and consideration of the Lead Plaintiff's Motion for Preliminary Approval of Plan of Allocation of Settlement Proceeds and Approval of Form and Manner of Notice. The Court has previously approved settlements totaling over $7.2 billion, the largest recovery ever in a securities class action. The time has come to distribute the recovery to investors after allowance for fees and certain expenses as awarded by the Court. As directed by Lead Plaintiff, The Regents of the University of California, Lead Counsel published a draft of the plan of allocation in July and sought input from interested persons and the public in August 2007. Based on that input and our continuing review, we have made certain minor revisions to the plan of allocation. The notice describes not only the plan of allocation, but also Lead Counsel's request for an award of attorney fees as well as requests for expenses by the Lead Plaintiff and others who acted for the benefit of the class. Of course, class members may still object to the plan of allocation or the requested attorney fees and expenses, but those objections will be addressed in due course after we send the notice to the class.

We ask the Court to expedite consideration of Lead Plaintiff's Motion for Preliminary Approval of Plan of Allocation of Settlement Proceeds and Approval of Form and Manner of Notice in order to get the process started for giving notice to the class and begin the process for distributing the settlement recoveries to the class. There is no reason to delay sending the notice to the class.

DATED: November 20, 2007

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
KEITH F. PARK
HELEN J. HODGES
BYRON S. GEORGIOU
SPENCER A. BURKHOLZ
JAMES I. JACONETTE
ANNE L. BOX
JAMES R. HAIL
JOHN A. LOWTHER
ALEXANDRA S. BERNAY
MATTHEW I. ALPERT
JENNIFER L. GMITRO


   /s/ Roger B. Greenberg * signed by permission
            HELEN J. HODGES

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
G. PAUL HOWES
JERRILYN HARDAWAY
Texas Bar No. 00788770
Federal I.D. No. 30964
1111 Bagby, Suite 2100
Houston, TX  77002
Telephone:  713/571-0911

- 3 -

                COUGHLIN STOIA GELLER
                  RUDMAN & ROBBINS LLP
                REGINA M. AMES
                9601 Wilshire Blvd., Suite 510
                Los Angeles, CA  90210
                Telephone:  310/859-3100
                310/278-2148 (fax)

                **Lead Counsel for Plaintiffs**

SCHWARTZ, JUNELL, GREENBERG
  & OATHOUT, LLP
ROGER B. GREENBERG
State Bar No. 08390000
Federal I.D. No. 3932


      /s/ Roger B. Greenberg
      ROGER B. GREENBERG

Two Houston Center
909 Fannin, Suite 2700
Houston, TX  77010
Telephone:  713/752-0017

THE BILEK LAW FIRM
THOMAS E. BILEK
Federal Bar No. 9338
State Bar No. 02313525
1000 Louisiana Street, Suite 1302
Houston, TX  77002
Telephone:  713/227-7720

**Attorneys in Charge**

- 3 -

WOLF POPPER LLP
ROBERT C. FINKEL
845 Third Avenue
New York, NY  10022
Telephone:  212/759-4600

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO
MATTHEW L. TUCCILLO
53 State Street
Boston, MA  02109
Telephone:  617/439-3939

**Attorneys for Nathaniel Pulsifer**

E. LAWRENCE VINCENT
3020 Legacy Drive, #100-324
Plano, TX  75023
Telephone:  214/680-1668
972/491-2417 (fax)

**Attorneys for the Archdiocese of Milwaukee Supporting Fund, Inc.**

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO
MICHAEL G. LENETT
507 C Street, N.E.
Washington, DC  20002
Telephone:  202/789-3960
202/789-1813 (fax)

**Washington Counsel**

CICCARELLO DEL GIUDICE & LAFON
MICHAEL J. DEL GIUDICE
1219 Virginia Street, East, Suite 100
Charleston, WV  25301
Telephone:  304/343-4440
304/343-4464 (fax)

**Attorneys for Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund**

S:\Settlement\Enron.Set\Final Approval Filing October 2007\Mtn Expedite Consid Prelim Approv.doc

- 4 -

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing LEAD PLAINTIFF'S MOTION TO EXPEDITE CONSIDERATION OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND APPROVAL OF FORM AND MANNER OF NOTICE document has been served by sending a copy via electronic mail to serve@ESL3624.com on November 20, 2007.

I further certify that a copy of the foregoing document has been served via overnight mail on the following parties, who do not accept service by electronic mail on November 20, 2007.

Carolyn S. Schwartz
United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Tom P. Allen
McDaniel & Allen
1001 McKinney St., 21st Fl
Houston, TX 77002

I also certify that a copy of the above-mentioned document has been served via UPS Next Day Air on the parties listed on the attached "Additional Service List" on this November 20, 2007.

MO MALONEY

A copy of the foregoing document has also been served via UPS NEXT DAY AIR on the following parties:

**ADDITIONAL SERVICE LIST**

| | |
|---|---|
| Stuart Yoes<br>THE YOES LAW FIRM, LLP<br>3535 Calder Avenue, Suite 235<br>Beaumont, TX  77726-7584<br>409/833-2352<br>409/838-5577 (fax) | Frank H. Tomlinson<br>PRITCHARD, McCALL; & JONES, LLC<br>505 N. 20th Street, Suite 800<br>Birmingham, AL  35203<br>205/328-9190<br>205/458-0035 (fax) |
| Edward W. Cochran<br>20030 Marchmont Rd.<br>Shaker Heights, OH  44122<br>216/751-5546<br>216/751-6630 (fax) | N. Albert Bacharach Jr.<br>115 N.E. Sixth Avenue<br>Gainesville, FL  32601-6592<br>352/378-9859<br>352/338-1858 (fax) |
| Paul S. Rothstein<br>626 N.E. First Street<br>Gainesville, FL  32601<br>352/376-7650<br>352/374-7133 (fax) | Maureen McGuirl<br>FENSTERSTOCK & PARTNERS LLP<br>30 Wall Street, 9th Floor<br>New York, NY  10005<br>212/785-4100<br>212/785-4040 (fax) |
| Lawrence W. Schonbrun<br>LAW OFFICES OF LAWRENCE W. SCHONBRUN<br>86 Eucalyptus Road<br>Berkeley, CA  94705<br>510/547-8070 | Richard C. Bauerle<br>30 Greenbriar<br>Ottumwa, IA 52501 |
| Arnold Gregg<br>4445 Forest Glen Road<br>Anaheim Hills, CA  92807 | Steven F. Helfand<br>HELFAND LAW OFFICES<br>601 Montgomery Street, Suite 325<br>San Francisco, CA  94111<br>415/397-0007<br>415/397-0009 (fax) |
| Mr. Stanley Majors<br>22868 Beaverhead Drive<br>Diamond Bar, CA  91765<br>909/860-8150 | Stephen Neuwirth<br>QUINN EMANUEL URQUHART OLIVER<br>  & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010 |