UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § Civil Action No. H-01-3624<br>§ **(Consolidated)**<br>§<br>§ <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>ENRON CORP., et al.,<br><br>                    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>KENNETH L. LAY, et al.,<br><br>                    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND APPROVAL OF FORM AND MANNER OF NOTICE**

Lead Plaintiff, The Regents of The University of California ("The Regents"), hereby moves for preliminary approval of a proposed Plan of Allocation of settlement proceeds (the "Plan") and for approval of the form and manner of giving notice to class members/eligible claimants of the proposed Plan and of Lead Plaintiff's Counsel's application for the award of attorney fees and The Regents' and certain other persons' application for reimbursement of expenses incurred in prosecuting this action. This motion is based upon Lead Plaintiff's Counsel's Memorandum in Support of Lead Plaintiff's Motion for Preliminary Approval of Plan of Allocation of Settlement Proceeds and Approval of Form and Manner of Notice submitted herewith.

DATED: November 20, 2007

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
KEITH F. PARK
HELEN J. HODGES
BYRON S. GEORGIOU
SPENCER A. BURKHOLZ
JAMES I. JACONETTE
ANNE L. BOX
JAMES R. HAIL
JOHN A. LOWTHER
ALEXANDRA S. BERNAY
MATTHEW I. ALPERT
JENNIFER L. GMITRO

/s/ Roger B. Greenberg * signed by permission
KEITH F. PARK

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

- 2 -

                                                      COUGHLIN STOIA GELLER
                                                         RUDMAN & ROBBINS LLP
                                                       G. PAUL HOWES
JERRILYN HARDAWAY
Texas Bar No. 00788770
Federal I.D. No. 30964
1111 Bagby, Suite 2100
Houston, TX 77002
Telephone: 713/571-0911

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REGINA M. AMES
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

**Lead Counsel for Plaintiffs**

SCHWARTZ, JUNELL, GREENBERG
  &amp; OATHOUT, LLP
ROGER B. GREENBERG
State Bar No. 08390000
Federal I.D. No. 3932


      /s/ Roger B. Greenberg
    ROGER B. GREENBERG

Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
Telephone: 713/752-0017

THE BILEK LAW FIRM
THOMAS E. BILEK
Federal Bar No. 9338
State Bar No. 02313525
1000 Louisiana Street, Suite 1302
Houston, TX 77002
Telephone: 713/227-7720

**Attorneys in Charge**

- 2 -

- 3 -

WOLF POPPER LLP
ROBERT C. FINKEL
845 Third Avenue
New York, NY  10022
Telephone:  212/759-4600

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO
MATTHEW L. TUCCILLO
53 State Street
Boston, MA  02109
Telephone:  617/439-3939

**Attorneys for Nathaniel Pulsifer**

E. LAWRENCE VINCENT
3020 Legacy Drive, #100-324
Plano, TX  75023
Telephone:  214/680-1668
972/491-2417 (fax)

**Attorneys for the Archdiocese of Milwaukee Supporting Fund, Inc.**

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO
MICHAEL G. LENETT
507 C Street, N.E.
Washington, DC  20002
Telephone:  202/789-3960
202/789-1813 (fax)

**Washington Counsel**

CICCARELLO DEL GIUDICE & LAFON
MICHAEL J. DEL GIUDICE
1219 Virginia Street, East, Suite 100
Charleston, WV  25301
Telephone:  304/343-4440
304/343-4464 (fax)

**Attorneys for Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund**

S:\Settlement\Enron.Set\Final Approval Filing October 2007\MOT PREL APP POA 00046168.DOC

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND APPROVAL OF FORM AND MANNER OF NOTICE document has been served by sending a copy via electronic mail to serve@ESL3624.com on November 20, 2007.

I further certify that a copy of the foregoing document has been served via overnight mail on the following parties, who do not accept service by electronic mail on November 20, 2007.

Carolyn S. Schwartz
United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Tom P. Allen
McDaniel & Allen
1001 McKinney St., 21st Fl
Houston, TX 77002

I also certify that a copy of the above-mentioned document has been served via UPS Next Day Air on the parties listed on the attached "Additional Service List" on this November 20, 2007.

MO MALONEY

|  |  |
|---|---|
| A copy of the foregoing document has also been served via UPS NEXT DAY AIR on the following parties:<br><br>**ADDITIONAL SERVICE LIST** ||
| Stuart Yoes<br>THE YOES LAW FIRM, LLP<br>3535 Calder Avenue, Suite 235<br>Beaumont, TX  77726-7584<br>409/833-2352<br>409/838-5577 (fax) | Frank H. Tomlinson<br>PRITCHARD, McCALL; & JONES, LLC<br>505 N. 20th Street, Suite 800<br>Birmingham, AL  35203<br>205/328-9190<br>205/458-0035 (fax) |
| Edward W. Cochran<br>20030 Marchmont Rd.<br>Shaker Heights, OH  44122<br>216/751-5546<br>216/751-6630 (fax) | N. Albert Bacharach Jr.<br>115 N.E. Sixth Avenue<br>Gainesville, FL  32601-6592<br>352/378-9859<br>352/338-1858 (fax) |
| Paul S. Rothstein<br>626 N.E. First Street<br>Gainesville, FL  32601<br>352/376-7650<br>352/374-7133 (fax) | Maureen McGuirl<br>FENSTERSTOCK & PARTNERS LLP<br>30 Wall Street, 9th Floor<br>New York, NY  10005<br>212/785-4100<br>212/785-4040 (fax) |
| Lawrence W. Schonbrun<br>LAW OFFICES OF LAWRENCE W. SCHONBRUN<br>86 Eucalyptus Road<br>Berkeley, CA  94705<br>510/547-8070 | Richard C. Bauerle<br>30 Greenbriar<br>Ottumwa, IA 52501 |
| Arnold Gregg<br>4445 Forest Glen Road<br>Anaheim Hills, CA  92807 | Steven F. Helfand<br>HELFAND LAW OFFICES<br>601 Montgomery Street, Suite 325<br>San Francisco, CA  94111<br>415/397-0007<br>415/397-0009 (fax) |
| Mr. Stanley Majors<br>22868 Beaverhead Drive<br>Diamond Bar, CA  91765<br>909/860-8150 | Stephen Neuwirth<br>QUINN EMANUEL URQUHART OLIVER<br>  & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010 |