IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re Enron Corporation Securities, Derivative & "ERISA" Litigation | § § § § | MDL-1446 |
| MARK NEWBY, ET AL., | § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION NO. H-01-3624 CONSOLIDATED CASES |
| ENRON CORPORATION, ET AL., | § § | |
| Defendants | § | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| KENNETH L. LAY, et al., | § § | |
| Defendants. | § | |

## ORDER

Pending before the Court in the above referenced cause
is Lead Plaintiff's motion for preliminary approval of settlement
proceeds and approval of form and manner of notice (instrument
#5755).

After a careful review of all related pleadings and
after hearing arguments on this day, the Court finds that, while
Lead Plaintiff has done a commendable job in drawing up a plan and
notice for an extraordinarily complex situation, a number of
objections made to that notice have merit. It is therefore of the
opinion that further negotiations in an attempt to tweak, modify
or clarify certain problematic areas warrant a few more days'

delay.   The Court has no doubt that the parties would rather resolve these questions by agreement than have a resolution imposed by the undersigned judge.   Accordingly, the Court

ORDERS that counsel for Lead Plaintiff and for the objectors shall confer over the next few days and then inform the Court by 5 p.m. on Wednesday December 19, 2007, either by filing or faxing a report, with a hard copy delivered to chambers, whether or not they have been able to resolve their differences.

**SIGNED** at Houston, Texas, this _14th_ day of December, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE