UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § § § | Civil Action No. H-01-3624 **(Consolidated)** |
| | § | CLASS ACTION |
| This Document Relates To: | § § | |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | |
| ENRON CORP., et al., | § § | |
| Defendants. | § § | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | |
| KENNETH L. LAY, et al., | § § | |
| Defendants. | § § § | |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

Lead Plaintiff, The Regents of The University of California ("The Regents"), through its counsel, respectfully moves for final approval of the proposed Plan of Allocation ("Plan") of settlement proceeds.  This motion is based on the prior pleadings filed in support of preliminary approval of the Plan (Docket Nos. 5755, 5756), the briefing in connection with The Regents responses to objections to preliminary approval of the Plan (Docket Nos. 5773, 5774, 5775 and 5776), the Declaration of Roman L. Weil, submitted herewith, responses to any further objections to the Plan, if any, to be filed by The Regents on February 22, 2008, and such additional pleadings, evidence or argument as may be presented to the Court.

DATED:  January 4, 2008                    Respectfully submitted,

                                           COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           PATRICK J. COUGHLIN
                                           KEITH F. PARK
                                           HELEN J. HODGES
                                           BYRON S. GEORGIOU
                                           G. PAUL HOWES
                                           SPENCER A. BURKHOLZ
                                           JAMES I. JACONETTE
                                           ANNE L. BOX
                                           JAMES R. HAIL
                                           JOHN A. LOWTHER
                                           ALEXANDRA S. BERNAY
                                           MATTHEW I. ALPERT
                                           JENNIFER L. GMITRO


                                             /s/Roger B. Greenberg *signed by permission
                                           PATRICK J. COUGHLIN

                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101
                                           Telephone:  619/231-1058

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REGINA M. AMES
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

**Lead Counsel for Plaintiffs**

SCHWARTZ, JUNELL, GREENBERG
  & OATHOUT, LLP
ROGER B. GREENBERG
State Bar No. 08390000
Federal I.D. No. 3932


_____/s/Roger B. Greenberg_____
     ROGER B. GREENBERG

Two Houston Center
909 Fannin, Suite 2700
Houston, TX  77010
Telephone:  713/752-0017

THE BILEK LAW FIRM
THOMAS E. BILEK
Federal Bar No. 9338
State Bar No. 02313525
1000 Louisiana Street, Suite 1302
Houston, TX  77002
Telephone:  713/227-7720

**Attorneys in Charge**

WOLF POPPER LLP
ROBERT C. FINKEL
845 Third Avenue
New York, NY  10022
Telephone:  212/759-4600

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO
MATTHEW L. TUCCILLO
53 State Street
Boston, MA  02109
Telephone:  617/439-3939

**Attorneys for Nathaniel Pulsifer**

E. LAWRENCE VINCENT
3020 Legacy Drive, #100-324
Plano, TX  75023
Telephone:  214/680-1668
972/491-2417 (fax)

**Attorneys for the Archdiocese of Milwaukee**
**Supporting Fund, Inc.**

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO
MICHAEL G. LENETT
507 C Street, N.E.
Washington, DC  20002
Telephone:  202/789-3960
202/789-1813 (fax)

**Washington Counsel**

CICCARELLO DEL GIUDICE & LAFON
MICHAEL J. DEL GIUDICE
1219 Virginia Street, East, Suite 100
Charleston, WV  25301
Telephone:  304/343-4440
304/343-4464 (fax)

**Attorneys for Employer-Teamsters Local**
**Nos. 175 & 505 Pension Trust Fund**

S:\Settlement\Enron.Set\2007 Fee Application\MOT FINAL APPROVAL 00048143.doc

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS document has been served by sending a copy via electronic mail to serve@ESL3624.com on January 4, 2008.

I also certify that a copy of the above-mentioned document has been served via U.S. MAIL on the parties listed on the attached "Additional Service List" on this 4th day of January, 2008.

_____
DEBORAH S. GRANGER

| ADDITIONAL SERVICE LIST | |
|---|---|
| Stuart Yoes<br>THE YOES LAW FIRM, LLP<br>3535 Calder Avenue, Suite 235<br>Beaumont, TX  77726-7584<br>409/833-2352<br>409/838-5577 (fax) | Frank H. Tomlinson<br>PRITCHARD, McCALL; & JONES, LLC<br>505 N. 20th Street, Suite 800<br>Birmingham, AL  35203<br>205/328-9190<br>205/458-0035 (fax) |
| Edward W. Cochran<br>20030 Marchmont Rd.<br>Shaker Heights, OH  44122<br>216/751-5546<br>216/751-6630 (fax) | N. Albert Bacharach Jr.<br>115 N.E. Sixth Avenue<br>Gainesville, FL  32601-6592<br>352/378-9859<br>352/338-1858 (fax) |
| Paul S. Rothstein<br>626 N.E. First Street<br>Gainesville, FL  32601<br>352/376-7650<br>352/374-7133 (fax) | Maureen McGuirl<br>FENSTERSTOCK & PARTNERS LLP<br>30 Wall Street, 9th Floor<br>New York, NY  10005<br>212/785-4100<br>212/785-4040 (fax) |
| Lawrence W. Schonbrun<br>LAW OFFICES OF LAWRENCE W. SCHONBRUN<br>86 Eucalyptus Road<br>Berkeley, CA  94705<br>510/547-8070<br><br>**SERVICE VIA UPS OVERNIGHT** | Richard C. Bauerle<br>30 Greenbriar<br>Ottumwa, IA 52501 |
| Arnold Gregg<br>4445 Forest Glen Road<br>Anaheim Hills, CA  92807 | Steven F. Helfand<br>HELFAND LAW OFFICES<br>582 Market Street, Suite 1400A<br>San Francisco, CA  94104<br>415/397-0007<br>415/397-0009 (fax) |
| Mr. Stanley Majors<br>22868 Beaverhead Drive<br>Diamond Bar, CA  91765<br>909/860-8150 | Stephen Neuwirth<br>QUINN EMANUEL URQUHART OLIVER<br>  & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010 |