UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § Civil Action No. H-01-3624 <br> § **(Consolidated)** <br> § <br> § <u>CLASS ACTION</u> |
| This Document Relates To: | § |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, | § <br> § <br> § |
| Plaintiffs, | § <br> § |
| vs. | § <br> § |
| ENRON CORP., et al., | § <br> § |
| Defendants. | § <br> § |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, | § <br> § <br> § <br> § |
| Plaintiffs, | § <br> § |
| vs. | § <br> § |
| KENNETH L. LAY, et al., | § <br> § |
| Defendants. | § <br> § |

**ORDER SETTING HEARING DATE ON REPRESENTATIVE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH GOLDMAN, SACHS & CO.**

Good cause appearing therefor, it is ORDERED that Representative Plaintiffs' motion for

preliminary approval of settlement with Goldman, Sachs & Co. is set for hearing before this Court

on October 29, 2009 at 1:30 p.m.

DATED: _October 9, 2009_   _Melinda Ha_____

THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

S:\Settlement\Enron.Set\Goldman\ORD SETTING HEARING 00062183.doc