IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE ENRON CORP. SECURITIES, DERIVATIVE, & "ERISA" LITIGATION | § § § § § | MDL DOCKET NO. 1446 |
| MARK NEWBY, ET AL., Plaintiffs, v. ENRON CORP., ET AL., Defendants. | § § § § § § § § § § § | CONSOLIDATED LEAD NO. H-01-3624 |

**AGREED PROPOSED ORDER**

The Regents Motion to Dissolve the Preliminary Injunction Issued Against Richardson Stoops Richardson & Ward is GRANTED.

SIGNED this 2nd day of December, 2009.

_____
HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE